```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

IN RE: MARCUS JOHN MC ALLISTER AND   {   CHAPTER 13
       RITA NONA MC ALLISTER,        {
                                     {
       DEBTOR(S)                     {   CASE NO. A17-67280-MGD
                                     {
                                     {   JUDGE DIEHL

### OBJECTION TO CONFIRMATION

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The Debtor(s)' payments under the proposed plan are not current.

    2. Pursuant to information received from the Internal Revenue Service, 2015 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

    3. The Debtor proposes to pay the adequate protection payment direct to Wells Fargo Dealer Services. Prior to confirmation the Debtor must provide to the Trustee proof that said payments have been made.

    4. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (78 months).

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

November 21, 2017

                                                        _____/s/_____
                                                        K. Edward Safir, Attorney
                                                        for Chapter 13 Trustee
                                                         GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

A17-67280-MGD

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served

DEBTOR(S):

MARCUS JOHN MC ALLISTER
1722 LAUREL SONG TRAIL
DACULA, GA 30019

RITA NONA MC ALLISTER
1722 LAUREL SONG TRAIL
DACULA, GA 30019

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
OVERLOOK III – SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 21st day of November 2017


_____/s/_____
K. Edward Safir, Attorney
for Chapter 13 Trustee
GA Bar No. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com