UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                  CASE: A17-67280-BEM

MARCUS JOHN MC ALLISTER                          CHAPTER 13
RITA NONA MC ALLISTER

**Debtors**

### Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and files this her Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtors filed for relief under Chapter 13 of Title 11 on October 02, 2017.

2.

The Debtors have failed to comply with the terms of the confirmed plan. As of July 15, 2020, the Debtors should have paid $20,850.00. The Debtors have paid a total of $17,994.00, causing a delinquency of $2,856.00. The Trustee has not received any plan payments in this case since March 17, 2020.

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

Dated: 7/17/2020                                         Respectfully submitted,

                                                               _/s/_____
                                                               Mary Ida Townson, Attorney
                                                               Standing Chapter 13 Trustee
                                                               GA Bar No. 715063
                                                               285 Peachtree Center Ave, Suite 1600
                                                               Atlanta, GA  30303-1229
                                                               maryidat@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                          CASE: A17-67280-BEM

MARCUS JOHN MC ALLISTER                         CHAPTER 13
RITA NONA MC ALLISTER

**Debtors**

**Notice of Hearing on Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments and related exhibits with the Court seeking an order of dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **August 19, 2020** at **9:45 AM** in **Courtroom 1402, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA, 30303**. You must also mail a copy of your response to the undersigned at the address stated below.

Given the current public health crisis, hearings may be telephonic only. Please check the "[Important Information Regarding Court Operations During COVID-19 Outbreak](#)" **tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**
Dated: 7/17/2020

                                                   Respectfully submitted,

                                                 /s/_____
                                                Mary Ida Townson, Attorney
                                                Standing Chapter 13 Trustee
                                                GA Bar No. 715063

A17-67280-BEM

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

MARCUS JOHN MC ALLISTER
1722 LAUREL SONG TRAIL
DACULA, GA 30019

RITA NONA MC ALLISTER
1722 LAUREL SONG TRAIL
DACULA, GA  30019

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SLIPAKOFF & SLOMKA, PC

Dated: July 17, 2020

                Respectfully submitted,

                _/s/_____
                Mary Ida Townson, Attorney
                Standing Chapter 13 Trustee
                GA Bar No. 715063
                285 Peachtree Center Ave, Suite 1600
                Atlanta, GA  30303-1229
                (404) 525-1110
                maryidat@atlch13tt.com